IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JIHAD MOHD SULIMAN SHIHADEH,    )<br>      Petitioner,    )<br>    )<br>vs.    )<br>    )<br>MERRICK GARLAND, United States    )<br>Attorney General, et al.,    )<br>      Respondents.    ) | No. 3:21-CV-589-B-BH<br><br><br><br>Referred to U.S. Magistrate Judge[1] |

## ORDER AND INSTRUCTIONS TO PARTIES IN A MOTION UNDER 28 U.S.C. § 2241

The petitioner has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pleadings and briefs are required or permitted as follows:

SERVICE OF PROCESS. The Clerk shall serve a true copy of this order on the petitioner. True copies of this order, the motion, any memorandum in support, and any other relevant orders shall be served electronically on the United States Attorney for the Northern District of Texas.[2] *See* Fed. R. Crim. P. 49(b); Fed. R. Civ. P. 5(b)(2)(D).

RESPONSIVE PLEADINGS. The United States Attorney shall file an answer or response to the motion within **THIRTY days** of service. The answer or response should be captioned appropriately, and not as a motion to dismiss, motion for summary judgment, or other motion seeking judgment as a matter of law. The United States Attorney shall serve a copy of the answer or response and any brief on petitioner and shall file a certificate with the Clerk evidencing service.

PETITIONER'S REPLY. The petitioner may submit a reply brief to respondent's answer or other pleading within **TWENTY days** from date of service of the answer or other pleading.

BRIEFS. Briefs should be submitted on letter size paper, 8 ½" by 11", and should be double spaced. Each argument with supporting citations advanced in the brief should clearly specify the specific ground of the motion or numbered paragraph of the pleading it seeks to support or oppose. A copy of any brief must be served by mail on the opposing party or counsel, if represented by counsel, and a certificate reflecting service shall be included in the brief.

CHANGE OF ADDRESS. The petitioner must immediately notify the Court of any change of address and its effective date by filing a notice entitled "NOTICE TO THE COURT OF CHANGE OF ADDRESS". The notice should contain **only** information about the change of address and effective date.

---

[1] By *Special Order No. 3-251*, this habeas case was automatically referred for determination of non-dispositive motions and issuance of findings, conclusions and recommendation.

[2] Such service shall be directed to the attention of the Civil Chief of the United States Attorney's Office.

**SO ORDERED this 17th day of March, 2021.**

_____
IRMA CARRILLO RAMIREZ
UNITED STATES MAGISTRATE JUDGE